MARY SCHMIDT, Appellant, v. JAS. A. HEARN & SON, INC., Respondent. BRUNO SCHMIDT, Appellant, v. JAS. A. HEARN & SON, INC., Respondent.— Order granting defendant's motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kapper, Hagarty, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents.

HARRY SILVERMAN, Appellant, v. MAYFLOWER BUILDING CORPORATION and Others, Defendants. MARCUS LEAVITT, Respondent.— Order modified by disallowing examination of plaintiff by defendant Marcus Leavitt as to items 3 and 4, and as so modified affirmed, without costs. Plaintiff may establish *prima facie* the allegations affected by items 1 and 2 by documentary evidence, without the use of witnesses, and, therefore, under the peculiar circumstances involved herein, an examination of plaintiff by defendant Leavitt with respect to those items may properly be allowed in the exercise of discretion. (*Marine Trust Co.* v. *Nuway Devices, Inc.*, 204 App. Div. 752.) But items 3 and 4 *may* not rest *prima facie* solely upon documentary evidence, since it may be necessary for plaintiff to prove by oral testimony the amount claimed to be due upon the bond and mortgage in suit, and a similar situation may exist with respect to the stockholders' consent, etc., and, therefore, defendant Leavitt may not properly examine plaintiff with respect to these items. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

ABRAHAM STARK, Respondent, v. PASQUALE GUARGLIA and JAMES GUARGLIA, Copartners, etc., Defendants. PASQUALE GUARGLIA, Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

SIDNEY L. STEIN, Respondent, v. MOTOR FACTORS, INC., Appellant.— Order denying in part defendant's motion for a bill of particulars modified by directing plaintiff to furnish particulars as to items numbered 7, 8, 9, 10 and 11 in defendant's notice of motion, and if respondent be not in possession of the information therein specified, that he so state under oath. As so modified, the order is affirmed, without costs. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

ZAREFA SUTTON, Respondent, v. JOSEPH M. SUTTON, Appellant.— Order denying motion to vacate service of summons reversed upon the law and the facts, without costs, and matter remitted to Special Term to take evidence on the issue of whether the individual served was Joseph M. Sutton or Jack M. Sutton. This will afford an opportunity of confronting the person served with the process server, which should disclose, in connection with information from other legal sources, whether the individual so served is the husband of the plaintiff. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

LEON SZCZYGIEL, Respondent, v. JOHN CHRABASZCZ, etc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

MICHAEL J. VETTER, as Administrator, etc., of DOROTHY VETTER, Deceased, Appellant, v. MAURICE N. STERN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.